## Commonwealth of Pennsylvania, Appellant, *v.* G. S. Daugherty et al.

Argued April 24, 1899. Appeals, Nos. 153 to 202 (both inclusive), April T., 1899, by plaintiff, from judgment of C. P. No. 1, Allegheny Co., Dec. T., 1897, Nos. 139 to 786 (some numbers excepted), reversing judgment of alderman in favor of plaintiff, and entering judgment in favor of defendants in each of the above cases. Before RICE, P. J., ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ. Affirmed. Opinion by RICE, P. J.

OPINION BY RICE, P. J., July 28, 1899:

It was stipulated and agreed by the counsel for the parties that the above mentioned cases should be governed by our decision in Commonwealth v. Davison, ante, p. 130. For the reasons given in the opinion filed in that case, the judgment in each of the above mentioned cases is affirmed.